MN-305
(5/94)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Gloria Winter**                                  Chapter 7 Case No. **07-30890**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054 | 2 | $2,050.35 | $4.62 |
| Centerpoint Energy<br>PO Box 1700<br>Houston, TX 77251 | 3 | $1,139.33 | $2.57 |
| Kwik Trip Credit<br>Credit Bureau Data<br>PO Box 2288<br>La Crosse, WI 54602 | 7 | $527.44 | $1.19 |
| Chase Bank<br>C/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 8 | $830.70 | $1.87 |
| Northern State Power Co.<br>DBA XCel Energy<br>1518 Chestnut Ave N<br>Minneapolis, MN 55403 | 10 | $1,355.00 | $3.05 |

Dated:  February 9, 2010

PAUL W BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111